# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 28, 2018

### NO. 03-18-00258-CV

**Derek Robert Van Gilder, Appellant**

**v.**

**Donna Jean Van Gilder, Appellee**

**APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
AFFIRMED IN PART; REVERSED AND RENDERED IN PART --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on June 20, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the portion of the trial court's order that appellee is awarded actual damages and attorney's fees for "harassment" and renders judgment that appellee take nothing on any such purported claim. We affirm the trial court's order in all other respects. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.